868 A.2d 1007

IN THE MATTER OF ANTHONY J. BRIGUGLIO AN ATTORNEY AT LAW (ATTORNEY NO. 037011983).

March 7, 2005.

## ORDER

**ANTHONY J. BRIGUGLIO** of **YONKERS, NEW YORK**, who was admitted to the bar of this State in 1983, having pleaded guilty in New York to a Superior Court Information charging him with engaging in a scheme to defraud, in violation of New York Penal Law § 190.65, a class E felony, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ANTHONY J. BRIGUGLIO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ANTHONY J. BRIGUGLIO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ANTHONY J. BRIGUGLIO** comply with *Rule* 1:20–20 dealing with suspended attorneys.